No. 97–1942. UNITED STATES v. RUBIN, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Motion of the Independent

Counsel for leave to file an unredacted petition and appendix under seal granted. Leave is granted the Solicitor General to file an unredacted response under seal to the petition. Motion for an expedited response and for an expedited briefing and argument schedule denied. Certiorari before judgment denied without prejudice. It is assumed that the Court of Appeals will proceed expeditiously to decide this case.